654

Bernhart Karp, Appellee, v. Harold J. Finder, Appellant.

Gen. No. 41,593.

Heard in third division, first district, this court at February term, 1941; opinion filed January 7, 1942. Archie Schimberg, for appellant; Samuel J. Horwitz and Arthur J. Bernstein, for appellee. Opinion by Presiding Justice Burke. "Not to be published in full."

Reilly Tar and Chemical Corporation, Appellant, v. Francis J. Lewis, Appellee.

Gen. No. 41,697.

Heard in third division, first district, this court at April term, 1941; opinion filed January 7, 1942; rehearing denied January 22, 1942. W. M. Keeley and Royal W. Irwin, for appellant; A. B. Manion, for appellee. Opinion by Presiding Justice Burke. "Not to be published in full."